IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Gregory T. Christian, ) | |
| ) | Civil Action No. 6:16-1757-TMC-KFM |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| City of Greenville, South Carolina, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, Gregory T. Christian, proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983 alleging a violation of his constitutional rights. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling. In his Report and Recommendation ("Report"), the magistrate judge granted Plaintiff's motion to amend his complaint and motion for reissuance of summons and recommended that Defendant's motion to dismiss (ECF No. 11) be denied as moot. (ECF No. 22). The parties were advised of their right to file objections. (ECF No. 22 at 4). However, no objections have been filed, and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

2

After a thorough review of the Report and the record in this case, the court adopts the magistrate judge's Report (ECF No. 22) and incorporates it herein. Accordingly, Defendant's motion to dismiss (ECF No. 11) is **DENIED as moot**.[1]

**IT IS SO ORDERED.**

s/Timothy M. Cain<br>United States District Judge

July 28, 2016
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

[1] Since the filing of the Report, Plaintiff's amended complaint was filed on July 7, 2016 (ECF No. 26), and Defendant has filed a motion to dismiss the amended complaint (ECF No. 33).